# Court of Appeals
# of the State of Georgia

ATLANTA, __January 14, 2015__

*The Court of Appeals hereby passes the following order:*

**A15A0269. DUSTIN DAVENPORT v. KEISHA DAVENPORT.**

Dustin Davenport has filed a notice of direct appeal of the superior court's order denying his motion to compel the production of a trial transcript. We transferred the case to the Supreme Court because it involves a divorce action. However, the Supreme Court returned the case to us, noting that a motion for new trial is still pending and "orders in pending divorce cases that do not invoke issues of divorce or alimony do not invoke this Court's subject matter jurisdiction." Because a motion for new trial is pending in this case, we also lack jurisdiction.

Until a final order has been issued in a case, a direct appeal under OCGA § 5-6-34 (a) is not authorized. Appeals of non-final orders must comply with the interlocutory appeal requirements set forth in OCGA § 5-6-34 (b). See *Richardson v. General Motors Corporation*, 221 Ga. App. 583 (472 SE2d 143) (1996). Absent a certificate of immediate review and application to this court for authorization to appeal, Dustin Davenport's direct appeal is premature and must be dismissed. *English v. Tucker Fed. S&L Assn.*, 175 Ga. App. 69 (332 SE2d 365) (1985). Accordingly, his direct appeal is DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____01/14/2015_____
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.